APPENDIX  X

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Rochester Drug Co-Operative, et al          :          CIVIL ACTION
                                            :
                        v.                  :
                                            :
Actavis Elizabeth, LLC, et al.              :
                                            :          NO.   16-cv-6672

<u>ORDER</u>

AND NOW, this          Day of                    , 2017 , it is hereby

ORDERED that the application of <u>D. Jarrett Arp</u>          , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    ☐  GRANTED.

    ☐  DENIED.


_____
                                            J.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 16-cv-6672

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____D. Jarrett Arp_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

| Washington, DC | 12/02/1994 | 444201 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Virginia (inactive) | 10/01/1991 | 33373 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. Court of Appeals, Second Circuit | 12/16/2010 | 10-210883 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Heritage Pharmaceuticals Inc.

(Applicant's Signature)

2/3/17

(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Gibson, Dunn & Crutcher LLP

1050 Connecticut Ave NW, Washington, D.C. 20036-5306

202-955-8500

Sworn and subscribed before me this

3rd Day of February 200 2017

Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____D. Jarrett Arp____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Melanie Katsur | _signature_ | 01/07/2002 | 88458 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Gibson, Dunn & Crutcher LLP

1050 Connecticut Ave NW, Washington, D.C. 20036-5306

202-955-8500

Sworn and subscribed before me this

3rd Day of February 200 2017

_signature_

Notary Public

ARLETHEA M. ADAMS
NOTARY PUBLIC
MY COMMISSION EXPIRES
5/31/2018
DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Rochester Drug Co-Operative, et al      :     CIVIL ACTION
                                          :

                  v.                      :

Actavis Elizabeth, LLC, et al.           :

                                          :     NO.   16-cv-6672

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of_____D. Jarrett Arp_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:


on all counsel of record via ECF_____

_____

_____


 

Signature of Attorney

D. Jarrett Arp
Name of Attorney

Melanie Katsur
Name of Moving Party

2/3/17
Date